UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Harry Ploss
                        Plaintiff,

v.                                            Case No.: 1:15−cv−02937
                                                         Honorable Edmond E. Chang

Kraft Foods Group, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2015:

       MINUTE entry before the Honorable Edmond E. Chang: Status and motion hearing held on the parties' agreed motion to reassign Case Numbers 15 C 4226, 15 C 3155, 15 C 3367, 15 C 3517, and 15 C 3639 [26]. For the reasons stated in open court, the motion [26] is granted, particularly in view of the agreed plan to file a consolidated complaint in 15 C 2937. The five related cases currently pending before other Judges in the Northern District of Illinois shall be reassigned to this Court's docket as related to case number 15 C 2937. All of the attorneys in the five related cases are authorized to file their appearances in the lead case number, 15 C 2937. 15 C 4226, 15 C 3155, 15 C 3367, 15 C 3517, and 15 C 3639 shall be administratively terminated by the Clerk's Office, and all of the filings in the cases shall be made in 15 C 2937. Counsel reported that after the cases are reassigned, a motion for appointment of lead counsel will be filed and a consolidated complaint will be filed. The motion for appointment of lead interim counsel to be filed by 06/15/2015. To track the motion for appointment of lead counsel (the case will not be called), a tracking status hearing is set for 06/26/2015 at 8:30 a.m. The lead counsel shall have 30 days after appointment to file the consolidated class complaint. Status hearing set for 07/29/2015 at 11:00 a.m., at which time the Court will set an answer deadline. The parties must file a joint status report by 07/27/2015. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.