UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Harry Ploss, et al.
                    Plaintiff,

v.                                              Case No.: 1:15−cv−02937
                                                Honorable Edmond E. Chang

Kraft Foods Group, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 14, 2016:

MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. In addition to the previously set answer and first−round of written discovery requests, the parties will be conferring over the defense's disclosure of the document production made by the defense in the CFTC case. Plaintiffs will be issuing a subpoena to the CFTC separately. Defendant's 1292(b) motion will be filed by 07/15/2016, brief not to exceed 18 pages (the brief must address the defense position as to what impact a grant of the 1292(b) motion in the CFTC case should have on this case, given the antitrust claim in this case). Plaintiffs' response due 08/05/2016, brief not to exceed 18 pages (Plaintiffs will address the same issue). Defense reply due 08/19/2016. Within two business days of the 1292(b) decision in 15 C 2881, the defense shall file a copy of that order on the docket in this case. Rule 16(b) deadline set to propose an amendment to the complaint as to the EFP wash trade claims that were dismissed. Status hearing set for 10/13/2016 at 9:15 a.m., and if the 1292(b) motion has been denied, then the Court will set the remainder of the discovery schedule.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.