**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Harry Ploss, et al.
                              Plaintiff,
v.                                            Case No.: 1:15−cv−02937
                                              Honorable Edmond E. Chang
Kraft Foods Group, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 18, 2017:

    MINUTE entry before the Honorable Edmond E. Chang: In light of the
12/11/2017 status report, the parties called the courtroom deputy on a conference call to
report that they would like the status hearing continued to early 02/2018. The status
hearing of 12/19/2017 is reset to 02/16/2018 at 10:15 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.