IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARRY PLOSS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRAFT FOODS GROUP, INC. and MONDELĒZ GLOBAL LLC, <br><br> Defendants. | Case No. 15 C 2937 <br><br> Honorable Edmond E. Chang |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZE BRIEF
IN SUPPORT OF THEIR OPPOSITION TO
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

Pursuant to Local Rule 7.1, Defendants Kraft Foods Group, Inc. and Mondelēz Global LLC (collectively "Kraft") respectfully move this Court for an order granting Kraft leave to file their Opposition to Plaintiffs' Motion for Class Certification attached as Exhibit A ("Opposition"), which is 51 pages long.[1] In support of this Motion, Kraft states as follows:

1. On September 5, 2018, plaintiffs filed their motion for class certification and supporting memorandum. Dkt. Nos. 228, 230. On September 18, 2018, plaintiffs filed a corrected memorandum in support of their motion for class certification. Dkt. No. 235. Together, plaintiffs' motion and memorandum were 27 pages long.

2. Plaintiffs' arguments in favor of class certification rely heavily on the expert report of Dr. Pirrong, filed as an exhibit to their motion, which is 110 pages long and estimates aggregate damages in excess of $618 million.

---

[1] Kraft intends to file its sealed Opposition, along with a public redacted version, as separate docket entries following the Court's ruling on this motion.

1

3. Kraft respectfully requests that the Court grant it leave to file the attached Opposition, which exceeds the default 15-page limit set forth in Local Rule 7.1. Kraft has strived to be as concise as possible in its presentation of the issues while still adequately setting out the facts, law, and other factors relevant to why plaintiffs' proposed class should not be certified. The complex subject matter of this case—as well as the nature of the class plaintiffs propose to certify—make it impossible for Kraft to fully present its arguments within Local Rule 7.1's default 15-page limit.

4. On January 25, 2019, counsel for Kraft sought the concurrence of counsel for plaintiffs in this motion. Counsel for plaintiffs stated that they do not oppose Kraft's requested relief.

WHEREFORE, Kraft respectfully requests that this Court grant it leave to file the Opposition to Plaintiffs' Motion for Class Certification, attached as Exhibit A to this motion.

Dated: January 25, 2019

Respectfully submitted,

KRAFT FOODS GROUP, INC. and
MONDELĒZ GLOBAL LLC

/s/ Dean N. Panos

Dean N. Panos
J. Kevin McCall
Nicole A. Allen
Thomas E. Quinn
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350

*Attorneys for Kraft Foods Group, Inc. and Mondelēz Global, LLC*