# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 21, 2020

Before

DAVID F. HAMILTON, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| No. 20-8001 | KRAFT FOODS GROUP, INC., et al.,<br> Petitioners<br><br>v.<br><br>HARRY PLOSS, et al.,<br> Respondents |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-02937<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The following are before the Court:

1. **PETITION FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION**, filed on January 17, 2020, by counsel for the petitioners.

2. **PLAINTIFFS-RESPONDENTS' RESPONSE TO DEFENDANTS' PETITION FOR LEAVE TO APPEAL CLASS CERTIFICATION ORDER UNDER FED. R. CIV. P. 23(F)**, filed on February 13, 2020, by counsel for the respondents.

**IT IS ORDERED** that the petition for permission to appeal is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit