UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

HARRY PLOSS, as Trustee for the
HARRY PLOSS TRUST DTD 8/16/1993, on
behalf of Plaintiff and all others similarly situated,

      Plaintiff,

-*against*-

KRAFT FOODS GROUP, INC. and
MONDELĒZ GLOBAL LLC,

      Defendants.

No. 15-cv-2937

Honorable John F. Kness

---

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

  Plaintiffs respectfully submit this motion pursuant to Local Rule 26.2 to request that the Court authorize Plaintiffs to file under seal the following materials submitted in connection with Plaintiffs' April 15, 2021 motion concerning supplemental class notice: a list of names and addresses of 818 "large traders" produced by the Chicago Mercantile Exchange ("CME") in response to a Rule 45 subpoena issued by Plaintiffs. The list is attached as Exhibit A to Plaintiffs' motion concerning supplemental class notice.

  1. Pursuant to the Modified Stipulated Protective Order ("Protective Order") entered on February 22, 2017 (ECF No. 155), the parties and non-parties are authorized to designate documents, deposition testimony, and other materials produced during the course of discovery in this action as "Confidential Information" or "Highly Confidential Information." ECF No. 155, ¶¶ 2.1-2.2.

  2. The Protective Order limits who may access materials designated as "Confidential Information" or "Highly Confidential Information." *Id.*, ¶¶ 4.2-4.3.

3. The large trader information reflected in Exhibit A to Plaintiffs' April 15, 2021 motion concerning supplemental class notice was designated as "Highly Confidential" by the CME.

4. Defendants do not oppose the relief sought by Plaintiffs.

Dated: April 15, 2021

                                    Respectfully submitted,

| | |
|---|---|
| */s/ Christopher McGrath* | */s/ Raymond P. Girnys* |
| Christopher Lovell | Vincent Briganti |
| Christopher McGrath | Raymond P. Girnys |
| **LOVELL STEWART HALEBIAN JACOBSON LLP** | **LOWEY DANNENBERG, P.C.** |
| 500 Fifth Avenue, Suite 2440 | 44 South Broadway, Suite 1100 |
| New York, New York 10110 | White Plains, New York 10601 |
| Telephone: (212) 608-1900 | Telephone: (914) 997-0500 |
| *Class Counsel* | *Class Counsel* |