UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| HARRY PLOSS, as Trustee for the HARRY PLOSS TRUST DTD 8/16/1993, on behalf of Plaintiff and all others similarly situated, | : : : : | |
| Plaintiff, | : | No. 15-cv-2937 |
| *-against-* | : | Honorable John F. Kness |
| KRAFT FOODS GROUP, INC. and MONDELĒZ GLOBAL LLC, | : : : | |
| Defendants. | : | |

**UNOPPOSED MOTION TO EXTEND EXPERT DISCOVERY BY EIGHT DAYS TO AUGUST 31, 2021 FOR THE SOLE PURPOSE OF CONDUCTING THE DEPOSITION OF PLAINTIFFS' EXPERT PROFESSOR PIRRONG**

Defendants Kraft Foods Group, Inc. and Mondelēz Global LLC ("Defendants") respectfully request that, for the good cause shown herein, the Court grant an eight-day extension of the expert discovery period to August 31, 2021, for the sole purpose of conducting the deposition of Plaintiffs' expert Professor Craig Pirrong. Plaintiffs take no position on Defendants' request, and have agreed to make Professor Pirrong available on August 31, 2021, if the Court grants the extension. No party has previously requested an extension of the August 23 deadline.

In support of this motion, Defendants respectfully state as follows:

1. The expert discovery period in this case currently closes on August 23, 2021. The parties engaged in good faith discussions to attempt to schedule expert depositions in August prior to the close of expert discovery, but were unable to find a mutually convenient date for Professor Pirrong's deposition prior to August 23, 2021. Ultimately the parties agreed on August 31 if the Court would permit it.

2. This relief—solely an eight-day extension—would accommodate the scheduling issues the parties diligently resolved, would not impact the disposition of any pending dispositive motions, nor would prejudice any party.[1] For all of these reasons, there is good cause for granting this motion to close expert discovery on August 31, 2021 for the sole purpose of conducting Professor Pirrong's deposition. *See* Dkt. 364; Dkt. 411; Fed. R. Civ. P. 16(b)(4); *Price Waicukauski & Riley, LLC v. Murphy*, 1:10-CV-1065-WTL-TAB, 2013 WL 523409, at *1 (S.D. Ind. Feb. 12, 2013) (granting a 30-day extension for expert disclosures); *Spindler v. Baker & Daniels, LLP*, 1:09-CV-5, 2010 WL 785380, at *1 (N.D. Ind. Mar. 2, 2010) (similar where "no dispositive motions are currently pending that might require the immediate completion of the reports"). Defendants are submitting a proposed order via electronic mail.

---

[1] The scheduling order that contains the discovery deadline addressed in this motion does not reference dates for filing *Daubert* motions on merits expert opinions. The parties expect shortly to provide for the Court's consideration their respective views on such scheduling.

Case: 1:15-cv-02937 Document #: 414 Filed: 08/10/21 Page 3 of 3 PageID #:12762

Dated: August 10, 2021

Respectfully submitted,

KRAFT FOODS GROUP, INC. and
MONDELĒZ GLOBAL LLC

/s/__Dean N. Panos_____

Dean N. Panos
J. Kevin McCall
Nicole A. Allen
Thomas Quinn
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
dpanos@jenner.com
jmccall@jenner.com
nallen@jenner.com
tquinn@jenner.com

Elizabeth Papez
Joshua Lipton
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8608 (phone)
epapez@gibsondunn.com
jlipton@gibsonndunn.com

Mark Kirsch
Christopher Joralemon
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166
(212) 351-2668 (phone)
mkirsch@gibsondunn.com
cjoralemon@gibsondunn.com

*Attorneys for Defendants Kraft Foods Group, Inc. & Mondelēz Global LLC*

3